JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5053
   FAX: (408) 535-5066
   Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00555-JW |
|    Plaintiff, ) | |
|   v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| JAMAINE DONTAE BARNES, ) | |
|    Defendant. ) | SAN JOSE VENUE |

     On August 24, 2009, the parties in this case appeared before the Court for status conference. Since his last appearance in this court, the defendant was arrested in Oakland on local charges alleging state drug and firearms offenses. The parties therefore jointly requested that the case be continued until October 5, 2009, at 9:00 a.m. Counsel for the defense waived his appearance and the parties agreed to exclusions of time under the Speedy Trial Act from August 24, 2009, to October 5, 2009, and stipulated that the exclusion of time was appropriate based on the defendant's need for effective preparation of counsel.

     The defendant remains in state custody, and has demanded a Preliminary Hearing on

STIPULATION AND [PROPOSED] ORDER
No. 09-00555-JW                     1

October 1, 2009.  Counsel for the defendant believes it to be in his client's best interests to proceed with the Preliminary Hearing.  Consequently, the Government agreed not to writ the defendant until after his October 1 state Preliminary Hearing.  Moreover, counsel for the defendant believes that the Preliminary Hearing will assist him in resolving the defendant's state case, which will in turn assist him in addressing the defendant's federal case and possibly resolving it as well.

Counsel for the Government has contacted Supervisory D.U.S.M. McCloud, who indicates that it will take two weeks to transport Barnes from Oakland to San Jose following completion of his state Preliminary Hearing.

The parties therefore jointly request that the case be continued from October 5, 2009, at 9:00 a.m. until October 19, 2009, at 9:00 a.m.. The parties also request exclusions of time under the Speedy Trial Act from October 5, 2009, until October 19, 2009, based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                    JOSEPH R. RUSSONIELLO
                                  United States Attorney

DATED: 10/2/09                    _____/s/_____
                                  THOMAS M. O'CONNELL
                                  Assistant United States Attorney


DATED: 10/2/09                    _____/s/_____
                                  LUPE MARTINEZ
                                  Counsel for BARNES




Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from October 5, 2009, until October 19, 2009.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for

STIPULATION AND [PROPOSED] ORDER
NO. 09-00555-JW                    2

effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: October 2, 2009

_____
JAMES WARE
United States District Judge