1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DAVID R. CALLAWAY (CABN 121782)
   JEFFREY D. NEDROW (CABN 161299)
5  Assistant United States Attorneys

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
7       Telephone: (408) 535-5045
        Facsimile: (408) 535-5066
8       E-Mail: jeff.nedrow@usdoj.gov

9
                        IN THE UNITED STATES DISTRICT COURT
10
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,           )    No. CR 09-00555-JW
                                        )
13              Plaintiff,              )
                                        )
14         v.                           )    STIPULATION AND [PROPOSED]
                                        )    ORDER VACATING TRIAL
15  JAMAINE BARNES,                     )    DATE AND SCHEDULING DATE
                                        )    FOR DISPOSITION
16              Defendant.              )
                                        )
17  _____    )

18       The parties, by and through their counsel of record, hereby stipulate to the following:

19       1.  The parties request that the Court vacate the trial presently scheduled for May 18,

20  2010 at 9:00 a.m., along with the pretrial conference scheduled for May 10, 2010, and schedule

21  this matter for a disposition hearing on June 14, 2010 at 1:30 p.m.

22       2.  The parties stipulate and request that the Court find the following as a factual basis for

23  vacating the trial date and setting this matter for disposition:

24        A) AUSA Tom O'Connell, the previously assigned AUSA in this matter, has taken a

25  leave of absence from the U.S. Attorney's Office.  This case has been re-assigned to AUSA Dave

26  Callaway and AUSA Jeff Nedrow.  AUSA's Callaway and Nedrow are requesting this

27

28                                        1

1  continuance to acquaint themselves with this matter and to prepare for trial and resolution

2  discussions in this case.

3       B) The parties have recently made significant progress with respect to a possible

4  disposition in this case.  During these discussions, the defense has requested the opportunity to

5  review certain documents which may aid in the process of reaching a disposition.  The parties

6  anticipate this review will occur on May 5, 2010.

7       C) Barnes is currently in state custody in Alameda County on an unrelated matter.  The

8  government is in the process of submitting a writ to obtain Mr. Barnes's presence before the

9  Court on this matter.  Based on prior experience, the parties expects that it may take three or four

10  weeks to complete the process of bringing Mr. Barnes back before the Court.  Defense counsel

11  has expressed an interest in attempting a global disposition of the pending matter before this

12  Court along with a disposition in the pending state matter in Alameda County Superior Court.

13  Negotiating such a global disposition will require additional time in consultation with

14  prosecuting authorities in Alameda County.

15       3.  In light of these facts, the parties agree that the time between May 18, 2010 and June

16  14, 2010 shall be excludable from the Speedy Trial Act requirements of Title 18, United States

17  Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and

18  3161(h)(8)(B)(iv).  The parties agree that the time is excludable in that the ends of justice served

19  by granting this continuance outweigh the best interests of the public and the defendant in an

20  earlier trial specifically based on: (1) the re-assignment of this matter to newly assigned

21  government counsel; (2) the need for the parties to have additional time to prepare this matter for

22  meaningful resolution discussions, including the need for the defense to review certain

23  documents in the possession of the government; and (3) the unavailability of the defendant as a

24  result of his incarceration in Alameda County on the pending state charges, and the need for

25  additional time for the parties to pursue a global disposition with respect to this matter and the

26  defendant's pending matter in Alameda County Superior Court.  For these reasons, the parties

27

28                                          2

1  agree that a continuance is necessary to ensure the defendant's availability and to ensure that

2  counsel are prepared to make informed decisions regarding the case, and denial of such a

3  continuance would unreasonably deny defendant effective case preparation pursuant to 18 U.S.C.

4  § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

5                                                                JOSEPH P. RUSSONIELLO
                                                                 United States Attorney

6  May 3, 2010

7                                          _____/s/_____
                                           DAVID R. CALLAWAY
                                           JEFFREY D. NEDROW
8                                          Assistant United States Attorneys

9  May 3, 2010                             _____/s/_____
                                           LUPE MARTINEZ
10                                         Attorney for Jamaine Barnes

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                           3

1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )        NO. CR 09-00055-JW
                                     )
11              Plaintiff,           )
                                     )
12                                   )
                                     )
13          v.                       )        ORDER VACATING TRIAL DATE AND
                                     )        SCHEDULING DISPOSITION HEARING
14  JAMAINE BARNES,                  )
                                     )
15              Defendant.           )
                                     )
16                                   )
                                     )
17  _____ )

18       FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE

19  PARTIES, IT IS HEREBY ORDERED that the trial date scheduled for May 18, 2010, and the

20  pretrial conference scheduled for May 10, 2010, are vacated.  This matter is set for a disposition

21  hearing on June 14, 2010 on 1:30 p.m.

22       The Court finds the time from May 18, 2010 to June 14, 2010 excludable from the

23  Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title

24  18, United States Code, Sections 3161(h)(8)(A) and  3161(h)(8)(B)(iv).  The Court finds that the

25  time is excludable in that the ends of justice served by granting this continuance outweigh the

26  best interests of the public and the defendant in an earlier trial specifically based on: (1) the re-

27  assignment of this matter to newly assigned government counsel; (2) the need for the parties to

28  have additional time to prepare this matter for meaningful resolution discussions, including the

1  need for the defense to review certain documents in the possession of the government; and (3)

2  the unavailability of the defendant as a result of his incarceration in Alameda County on the

3  pending state charges, and the need for additional time for the parties to pursue a global

4  disposition with respect to this matter and the defendant's pending matter in Alameda County

5  Superior Court.  For these reasons, the parties agree that a continuance is necessary to ensure the

6  defendant's availability and to ensure that counsel are prepared to make informed decisions

7  regarding the case, and denial of such a continuance would unreasonably deny defendant

8  effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

9

10

11  DATE:   May 6, 2010

12  JAMES WARE
    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28