Lupe Martinez, Esq. (CBN 49620)
Attoney at Law
1010 West Taylor Street
San Jose, CA 95126
Tel (408) 971-4249
Fax (408) 286-5705
martinez-luna@sbcglobal.net

Attorney for Defendant
Jamaine Dontae Barnes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> JAMAINE DONTAE BARNES, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-09-01082-JW <br> No. CR 09-00555-JW <br><br> STIPULATION OF COUNSEL TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING <br><br> [~~PROPOSED~~] ORDER |

    The defendant and the government through their respective counsel, Lupe Martinez and Assistant United States Attorney Daniel Kaleba, stipulate that the supervised release revocation hearing in the above-entitled case be continued from February 5, 2014 to February 26, 2014 at 9:30 a.m. or a date thereafter convenient to the Court.

    1.    The preliminary hearing in a state prosecution is pending in San Joaquin County Superior Court (Stockton), Case No. SF 124333A was continued from January

Stipulation to Continue Supervised
Release Revocation Hearing

1

22, 2014 to February 20, 2014. On this date, the Superior Court granted Mr. Barnes' motion to set the preliminary hearing on a *time not waived basis*. Thus, the preliminary hearing should go forward on February 20, 2014.

2. The first two charges of the present supervised release petition in the instant case are based upon the San Joaquin County case.

3. Resources of the Court and the parties may be saved if the San Joaquin County state case can be resolved under a plea agreement or dismissed by a motion to suppress based upon an illegal traffic stop, arrest and seizure of evidence. If the local case is resolved under a plea bargain, Mr. Barnes will seek a concurrent sentence. If the case is dismissed pursuant to a motion to suppress, dismissal of the local case may affect the sentence imposed in the instant case.

s/s Lupe Martinez

Dated: January 27, 2014

_____
LUPE MARTINEZ
Attorney for Defendant Jamaine Dontae Barnes

s/s Daniel Kaleba

Dated: January 27, 2014

_____
DANIEL KALEBA
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING,

IT IS ORDERED that the supervised release revocation hearing in the above-entitled case is continued from February 5, 2014 to __February 26,_____, 2014 at 9:30 a.m.

Dated:___1/31/_____2014   *Lucy H. Koh*_____
HONORABLE LUCY H. KOH
United States District Judge

Stipulation to Continue Supervised
Release Revocation Hearing

2